PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED

2005 NOV 22  AM 11:30

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Cecelia Harris ) | Case No. 05-20252-01 - D |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cecelia Harris, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

1) Maintain or actively seek employment
2) Refrain from the unlawful use or possession of a narcotic drug or other controlled substances
3) Submit to substance abuse testing as directed by Pretrial Services
4) Participate in substance abuse treatment if deemed advisable by Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_Cecelia Harris_      9-01-05      _K. Fales_      9/1/05
Signature of Defendant    Date      Pretrial Services Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_      11/17/05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on   11/22/05

[ ] The above modification of conditions of release is <u>not</u> ordered.

_Diane K. Vescovo_   11/22/05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/23/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:05-CR-20252 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT